UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Christine P. Pace, Individually and as Personal Representative of the Estate of William L. Pace, Deceased, | : : : : | Case No. 2:11-CV-02688 |
| Plaintiff, | : : | **JUDGMENT IN A CIVIL CASE** |
| v. | : : | |
| John Crane, Inc. | : : | |
| Defendant. | : | |

**Decision by the Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUGED** that as to Plaintiff Christine P. Pace, Individually and as Personal Representative of the Estate of William L Pace, Deceased, against John Crane, Inc., this Court finds for the Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that as to the claim of Plaintiff Christine P. Pace, Individually and as Personal Representative of the Estate of William L Pace, Deceased, against John Crane, Inc., for strict liability, this Court finds for the plaintiff in the sum of SEVEN HUNDRED THOUSAND AND 00/100 **($700,000)** DOLLARS with interest at the rate of 0.14% as provided by law.

Robin L. Blume, Clerk


By: _____
Deputy Clerk

November  25 , 2014
Charleston, South Carolina